IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| KATHERINE ROBINSON, | : | NO. 07-51556 jdw |
| Debtor. | : | Chapter 7 Proceeding |

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY CASE |
| PRENTICE ROBINSON, | : | NO. 10-50902 jdw |
| Debtor. | : | Chapter 7 Proceeding |

## NOTICE OF JOINT MOTION TO AUTHORIZE THE SALE OF VEHICLE AT AUCTION AND TO AUTHORIZE PAYMENT TO T. LYNN DAVIS REALTY AND AUCTION, CO., INC. FOR SERVICES RENDERED AND COSTS INCURRED

WILLIAM M. FLATAU AND WALTER W. KELLEY, CHAPTER 7 TRUSTEES, HAVE FILED A JOINT MOTION TO AUTHORIZE SALE OF VEHICLE AT AUCTION AND TO AUTHORIZE PAYMENT TO T. LYNN DAVIS REALTY AND AUCTION, CO., INC. FOR SERVICES RENDERED AND COSTS INCURRED.

THE AUCTION WILL BE HELD SEPTEMBER 18, 2010 AT 9:00 A.M. AT T. LYNN DAVIS REALTY & AUCTION CO., INC., 4459 BROADWAY, MACON, GA 31206. THE VEHICLE IS A 2004 CHEVROLET SSR TRUCK (VIN 1GCES14P94B112402).

**YOUR RIGHTS MAY BE AFFECTED.** YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.).

IF YOU DO NOT WANT THE COURT TO GRANT THE TRUSTEES' MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE *SEPTEMBER 8, 2010*. THE OBJECTION OR RESPONSE SHOULD BE SENT TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, P.O. BOX 1957, MACON, GEORGIA 31202.

IF AN OBJECTION OR RESPONSE IS FILED, A HEARING ON THE MOTION WILL BE HELD ON *MONDAY, OCTOBER 18, 2010, AT 9:30 A.M., AT THE THOMAS JEFFERSON FEDERAL BUILDING, COURTROOM B, 433 CHERRY STREET, MACON, GEORGIA.* IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE DATE STATED ABOVE.

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

THE 18th DAY OF August, 2010.

/s/ William M. Flatau
William M. Flatau
Trustee for Katherine Robinson
Katz, Flatau & Boyer
355 Cotton Avenue
Macon, GA 31201-2687
State Bar No. 262800

/s/ Walter W. Kelley
Walter W. Kelley
Trustee for Prentice Robinson
Kelley, Lovett & Blakey
P.O. Box 70879
Albany, GA 31708

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| In re: | : | BANKRUPTCY CASE |
|---|---|---|
| KATHERINE ROBINSON, | : | NO. 07-51556 jdw |
| Debtor. | : | Chapter 7 Proceeding |

| In re: | : | BANKRUPTCY CASE |
|---|---|---|
| PRENTICE ROBINSON, | : | NO. 10-50902 jdw |
| Debtor. | : | Chapter 7 Proceeding |

## JOINT MOTION TO AUTHORIZE THE SALE OF VEHICLE AT AUCTION AND TO AUTHORIZE PAYMENT TO T. LYNN DAVIS REALTY & AUCTION CO., INC., FOR SERVICES RENDERED AND COSTS INCURRED

COME NOW William M. Flatau and Walter W. Kelley, Chapter 7 Trustees in the above-referenced cases, and show as follows:

-1-

This motion to sell vehicle is brought pursuant to the authority of 11 U.S.C. §363 and Bankruptcy Rule 6004. This is a core proceeding as that term is defined at 28 U.S.C. § 157(b)(2)(A)(O).

-2-

The debtors filed a voluntary petition pursuant to Chapter 13 of the United States Bankruptcy Code on July 9, 2007. The debtors divorced and the cases deconsolidated. Katherine Robinson converted to Chapter 7 on March 31, 2009 (remaining as case number 07-51556) and Prentice Robinson converted to Chapter 7 on April 29, 2010 (case number 10-50902).

-3-

As of the filing date, the debtors owned a 2004 Chevrolet SSR, Vehicle Identification Number 1GCES14P94B112402. This vehicle is now joint property of the

debtors' bankruptcy estates. Pursuant to an Order entered by the Court, the lien of Citifinancial Auto on the above-described vehicle was avoided as a preferential transfer under §547(b) of the Bankruptcy Code. Citifinancial Auto has canceled its lien on the debtors' vehicle. There are no other known liens on the vehicle.

-4-

In the case of Prentice Robinson (10-50902), the Court entered an Order Approving Employment of T. Lynn Davis Realty and Auction Co., Inc. on July 23, 2010 (Docket No. 116). In the case of Katherine Robinson (07-51556), the Court entered an Order Approving Employment of T. Lynn Davis Realty and Auction Co., Inc. on May 20, 2010 (Docket No. 97). The auctioneer currently has physical possession of the vehicle.

-5-

The Trustees desire to sell the aforesaid property at auction to the highest bidder through T. Lynn Davis Realty and Auction Co., Inc. The auction will be held September 18, 2010 at 9:00 a.m. at T. Lynn Davis Realty & Auction Co., Inc., 4459 Broadway, Macon, GA 31206.

-6-

The Trustees show that they believe it to be in the best interest of the debtors' estates and all of the creditors that this property be sold as outlined above.

-7-

By failing to object to the proposed sale, any creditor asserting a lien against these proceeds waives any objection to the sale and authorizes the Trustees to execute whatever documents are necessary in order to transfer clear title to the debtors' 2004 Chevrolet SSR, Vehicle Identification Number 1GCES14P94B112402.

-8-

If the vehicle is sold at auction, fees and costs incurred by the auctioneer shall be paid directly from the sale proceeds. Pursuant to the authority of 11 U.S.C. §363(h) the joint property may be sold. Each bankruptcy estate is entitled to ½ of the remaining sale proceeds.

WHEREFORE, THE TRUSTEES PRAY:

(a) for an order allowing the above-described auction sale;

(b) for an order allowing payment to T. Lynn Davis Realty and Auction Co., Inc. for fees and costs and payment of ½ of the remaining proceeds to each bankruptcy estate ; and

(c) for such other and further relief as the Court deems just and proper.

Respectfully submitted, this 18th day of August, 2010.

/s/ William M. Flatau
William M. Flatau
Trustee for Katherine Robinson
Katz, Flatau & Boyer
355 Cotton Avenue
Macon, GA 31201-2687
State Bar No. 262800

/s/ Walter W. Kelley
Walter W. Kelley
Trustee for Prentice Robinson
Kelley, Lovett & Blakey
P.O. Box 70879
Albany, GA 31708

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| In re: | : | BANKRUPTCY CASE |
| --- | --- | --- |
| KATHERINE ROBINSON, | : | NO. 07-51556 |
| Debtor. | : | Chapter 7 Proceeding |

| In re: | : | BANKRUPTCY CASE |
| --- | --- | --- |
| PRENTICE ROBINSON, | : | NO. 10-50902 |
| Debtor. | : | Chapter 7 Proceeding |

CERTIFICATE OF SERVICE

We certify that the parties listed on Exhibit "A" have been served with the Joint Motion to Authorize the Sale of Vehicle. Those not served by electronic means by the Court's electronic filing system were served by U. S. Mail or electronic mail.

This 18th day of August, 2010.

/s/ William M. Flatau
William M. Flatau
Trustee for Katherine Robinson
Katz, Flatau & Boyer
355 Cotton Avenue
Macon, GA 31201-2687
State Bar No. 262800

/s/ Walter W. Kelley
Walter W. Kelley
Trustee for Prentice Robinson
Kelley, Lovett & Blakey
P.O. Box 70879
Albany, GA 31708
State Bar No. 412337

*Exhibit 'A'*

(p)CHRYSLER FINANCIAL
27777 INKSTER RD
FARMINGTON HILLS MI 48334-5326

A. G. K NOWLES
KNOWLES LAW FIRM, PC
577 MULBERRY STREET
SUITE 810
MACON, GA 31201-8235

Advance Bureau of Collections
Bankruptcy
135 Lamar Street
Macon, GA 31204-3007

AT&T Mobility
POB 538641
Atlanta, GA 30353-8641

AT&T Mobility
POB 772349 - MAC
Ocala, FL 34477-2349

BAC Home Loans
P. O. Box 1140
Simi Valley, CA 93062-1140

BAC HOME LOANS
P.O. BOX 961206
FT. WORTH, TX 76161-0206

Bibb County Tax Commissioner
Attn: Bankruptcy
Post Office Box 4724
Macon, GA 31208-4724

BIBB COUNTY TAX OFFICE
PO BOX 4724
MACON GA 31208-4724

CAPITAL ONE
P.O. BOX 30281
SALT LAKE CITY, UT 84130-0281

CBCS
P. O. Box 165025
Columbus, OH 43216-5025

Central Georgia Internal Medicine
P. O. Box 5048
Macon, GA 31208-5048

Chase Bank, USA
P.O. Box 15298
Wilmington, DE 19850-5298

Citifinancial Auto
Attn: Bankruptcy
PO Box 8021
South Hackensack, NJ 07606-8021

CITIFINANCIAL AUTO
14001 GRAND AVENUE
BURNSVILLE, MN 55337-5701

CitiFinancial Auto Corporation
c/o McCullough Payne & Haan
171 17th Street, NW
Suite 975
Atlanta, GA 30363-1029

CitiFinancial Auto Corporation
P.O. Box 9578?
Coppell, TX 75019-9513
Telephone No. (800) 963-9813

Citifinancial Auto Corporation
P. O. Box 1437
Minneapolis, MN 55440

Citifinancial Mortgage
Attn: Bankruptcy
1111 Northpoint Drive
Coppell, TX 75019-3831

Citifinancial Mortgage
Attn: Bankruptcy
PO Box 142199
Irving, TX 75014-2199

Citimortgage, Inc.
P. O. Box 140609
Irving, TX 75014-0609

Contrywide Home Loans, Inc.
c/o McCALLA RAYMER
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Countrywide Home Loans
Attn: Bankruptcy
4500 Park Granada
Calabass, CA 91302-1613

Countrywide Home Loans
Attn: Bankruptcy
7105 Corporate Drive
Plano, TX 75024-4100

Countrywide Home Loans, Inc.
Bankruptcy Department
5401 North Beach Street
MS FWTX-35
Fort Worth, TX 76137-2733

Countrywide Mortgage
Attn: Bankruptcy
PO Box 5170
Simi Valley, CA 93062-5170

Countrywide Mortgage
Attn: Bankruptcy
Post Office Box 670009
Dallas, TX 75367-0009

CUSTOMIZED AUTO CREDIT
P.O. BOX 310
GB BR W916
BARRINGTON, IL 60011-0310

Daimler Chrysler
c/o Kandace Stewart
88 Union Ave., Ste. 700
Memphis, TN 38103-5128

DaimlerChrysler
co Kirby R. Moore
961 Walnut Street
Macon GA 31201-1906

| | | |
|---|---|---|
| DaimlerChrysler Financial Services Americas,<br>c/o Thomas F. Bohan<br>Sicay-Perrow, Knighten & Bohan, P.C.<br>Post Office Box 26937<br>Macon, Georgia 31221-6937 | Danny L. Akin<br>Akin, Webster and Matson, PC<br>544 Mulberry Street, Ste 400<br>P.O. Box 1773<br>Macon, GA 31202-1773 | Dell Financial Services<br>P. O. Box 81577<br>Austin, TX 78708-1577 |
| Direct Merchants Credit Card<br>Bankruptcy<br>Box 17036<br>Baltimore, MD 21297-1036 | Dish Network<br>Post Office Box 105169<br>Atlanta, GA 30348-5169 | Diversified Adjustment<br>600 Coon Rapids Blvd. NW<br>Coon Rapids, MN 55433-5549 |
| eCast Settlement Corporation<br>P O Box 35480<br>Newark, NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank/JC Penney Consumer<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank/Lowes Consumer<br>POB 35480<br>Newark NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank/WalMart<br>POB 35480<br>Newark NJ 07193-5480 | Endoscopy Center of Middle GA<br>610 Third Street<br>Macon, GA 31201-3294 | Enhanced Recovery Corp.<br>8014 Bayberry Rd.<br>Jacksonville, Fl 32256-7412 |
| First Premier Bank Card Svcs.<br>Bankruptcy<br>900 W. Delaware Street<br>Sioux Falls, SD 57104-0337 | First Premier Bank Card Svcs.<br>Bankruptcy Department<br>Post Office Box 5524<br>Sioux Falls, SD 57117-5524 | GA Atty General<br>40 Capital Square, Suite 132<br>Atlanta, GA 30334-9055 |
| GA Department of Revenue, Compliance Div<br>1800 Century Blvd, NE, Ste 16102<br>Atlanta, GA 30345-3206 | GA Dept of Revenue<br>POB 161108<br>Atlanta, GA 30321-1108 | GEMB/JC PENNY<br>P.O. BOX 981402<br>EL PASO, TX 7998-1402 |
| HSBC Bank Nevada NA / HSBC Card Services III<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | HSBC Card Services<br>Attn: Bankruptcy<br>PO Box 80084<br>Salinas, CA 93912-0084 | J.C. Penney Company, Inc.<br>Attn: Bankruptcy<br>4580 Paradise Boulevard, NW<br>Albuquerque, NM 87114-4122 |
| KATHERINE ROBINSON<br>121 HAVERHILL CIRCLE<br>WARNER ROBINS, GA 31088-2045 | Lowes<br>Attn: Bankruptcy<br>Post Office Box 25428<br>Charlotte, NC 28229-5428 | Lowes<br>Bankruptcy<br>PO Box 103080<br>Roswell, GA 30076 |
| Lowes<br>Bankruptcy<br>PO Box 981064<br>El Paso, TX 79998-1064 | Lowes<br>GE Money Bank/Attn: Bankruptcy<br>P. O. Box 103104<br>Roswell, GA 30076-9104 | LVNV Funding<br>P. O. Box 10497<br>Greenville, SC 29603-0497 |
| LVNV Funding LLC its successors and assigns<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Macon - Bibb County Tax Commissioner<br>Post Office Box 4724<br>Macon, GA 31208-4724 | Medical Center of Central GA<br>Bankruptcy<br>Post Office Box 9065<br>Macon, GA 31297 |

| | | |
|---|---|---|
| Medical Recovery Services, Inc<br>Attn: Bankruptcy<br>Post Office Box 26040<br>Macon, GA 31221-6040 | Mercedes Benz Credit Corp.<br>Attn: Bankruptcy<br>Post Office Box 354<br>Lisle, IL 60532-0354 | Mercedes-Benz Financial<br>Bankruptcy<br>PO Box 685<br>Roanoke, TX 76262-0685 |
| National Capital Management, LLC .,<br>8245 Tournament Drive,<br>Suite 230,<br>MEMPHIS, TN 38125-1741 | Nations Credit Mortgage<br>Attn: Bankruptcy<br>Post Office Box 44133<br>Jacksonville, GA 32231-4133 | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 |
| Prentice Robinson<br>c/o Robert M. Matson<br>P. O. Box 1773<br>Macon, GA 31202-1773 | Prentice Robinson<br>3544 Mogul Road<br>Macon, GA 31217-5139 | Progressive Insurance Company<br>Attn: Bankruptcy<br>Post Office Box 105257<br>Atlanta, GA 30348-5257 |
| Psychiatric Center of Macon<br>Bankruptcy<br>PO Box 26040<br>Macon, GA 31221-6040 | Robert M. Matson<br>Akin, Webster and Matson, PC<br>P.O. Box 1773<br>Macon, GA 31202-1773 | Select Portfolio Servicing Inc<br>Bankruptcy<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Stacey Nestor Randall<br>Post Office Drawer 1018<br>Macon, GA 31202-1018 | T. Lynn Davis Realty & Auction Co, Inc.<br>4459 Broadway<br>Macon, GA 31206-2099 | Union Furniture Company<br>Attn: Bankruptcy<br>464 Third Street<br>Macon, GA 31201-7900 |
| Vectren Retail, LLC<br>8220 Innovation Way<br>Chicago, IL 60682-0001 | Vectren Retail, LLC<br>Post Office Box 3037<br>Evansville, IN 47730-3037 | VERIZON WIRELESS<br>5175 EMERALD PKWY<br>DUBLIN, OH 43017-1067 |
| Wal-Mart / Chase Credit Card<br>Attn: Bankruptcy<br>Post Office Box 15919<br>Wlimington, DE 19850 | Wal-Mart / GE Money Bank<br>Bankruptcy<br>PO Box 981064<br>El Paso, TX 79998-1064 | Washington Mutual Credit Card<br>Attn: Bankruptcy<br>PO Box 660433<br>Dallas, TX 75266-0433 |
| West Asset Management<br>Bankruptcy<br>PO Box 1420<br>Sherman, TX 75091-1420 | West Asset Management<br>Post Office Box 956842<br>St. Louis, MO 63195-6842 | |